GIA N. MARINA, ESQ.
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLA BURGESS,<br><br>Plaintiff,<br><br>v.<br>CAPITAL ONE, N.A.; and EQUIFAX INFORMATION SERVICES, LLC.,<br><br>Defendants. | Case No. 2:25-cv-00571-JCM-DJA<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Equifax Information Services, LLC hereby jointly stipulate that Equifax Information Services, LLC may be dismissed with prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety. Plaintiff's counsel has

///

///

///

passed away, and Plaintiff is appearing pro se for the sole purpose of filing the dismissal.

Dated 16th day of October 2026.

**CLARK HILL PLLC**

By: /s/*Gia N. Marina*
GIA N. MARINA, ESQ.
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
*Attorney for Defendant Equifax Information Services LLC*

Signed by:
B96DED3F626B4AF...

By: Michelle Burgess
MICHELE BURGESS
*Pro Se Plaintiff*

IT IS SO ORDERED.

U.S. DISTRICT JUDGE

Date: October 19, 2026